**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVSION**

| | | |
|---|---|---|
| In re:   9000 NW 44, LLC | § | Case No. 0:15-bk-20201 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   Chad S. Paiva, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $64,916.48  *(without deducting any secured claims)* | Assets Exempt:   N/A |
| Total Distribution to Claimants:   $12,083.68 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:  $82,919.47 | |

   3)  Total gross receipts of $95,003.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $95,003.15 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | 1,115,030.38 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 82,919.47 | 82,919.47 | 82,919.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 7,685.56 | 7,685.56 | 7,685.56 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 566,977.97 | 312,797.77 | 312,797.77 | 4,398.12 |
| **TOTAL DISBURSEMENTS** | **$1,682,008.35** | **$403,402.80** | **$403,402.80** | **$95,003.15** |

     4) This case was originally filed under Chapter 7 on 06/04/2015. The case was pending for 20 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Dated:  01/24/2017           By:  /s/ Chad S. Paiva
                                                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Commercial Office Building at 9000 NW 44th Street, Sunrise, FL | 1110-000 | 76,000.00 |
| Post Petition rent on Asset #1 - Blackstone Partners, LLC | 1122-000 | 4,932.18 |
| Post Petition rent on Asset #1 - Tenant - Wittenben Insurance | 1122-000 | 4,293.00 |
| Post Petition Rent on Asset #1 - V G Diaz & Associates, LLC | 1122-000 | 1,325.00 |
| Mercantil Commercebank-Checking Account | 1129-000 | 2,797.05 |
| Security deposits | 1129-000 | 1,696.08 |
| REFUND OF PROPERTY LIABILITY INSURANCE | 1290-000 | 3,959.84 |
| **TOTAL GROSS RECEIPTS** | | **$95,003.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Mercantil Commercebank, Na | 4110-000 | 1,015,530.38 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Israel and Zahara Morag | 4110-000 | 32,500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Western Equipment Finance | 4210-000 | 67,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,115,030.38** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chad S. Paiva | 2100-000 | N/A | 7,900.16 | 7,900.16 | 7,900.16 |
| Chad S. Paiva | 2200-000 | N/A | 44.10 | 44.10 | 44.10 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | | | | | |
|---|---|---|---|---|---|
| Yip Associates | 3410-000 | N/A | 8,667.35 | 8,667.35 | 8,667.35 |
| Yip Associates | 3420-000 | N/A | 332.65 | 332.65 | 332.65 |
| Advanced Fire & Security | 2420-000 | N/A | 467.46 | 467.46 | 467.46 |
| ALL COUNTY LOCK & KEY | 2420-000 | N/A | 251.92 | 251.92 | 251.92 |
| CHAD PAIVA | 2420-000 | N/A | 2,399.25 | 2,399.25 | 2,399.25 |
| City of Sunrise | 2420-000 | N/A | 3,263.57 | 3,263.57 | 3,263.57 |
| Comcast | 2420-000 | N/A | 1,579.99 | 1,579.99 | 1,579.99 |
| Danielle Ulino | 2420-000 | N/A | 500.00 | 500.00 | 500.00 |
| FLORIDA POWER & LIGHT | 2420-000 | N/A | 1,948.68 | 1,948.68 | 1,948.68 |
| FLORIDA STATE ELEVATOR | 2420-000 | N/A | 450.00 | 450.00 | 450.00 |
| H20 Hot Pressure Cleaning, Inc. | 2420-000 | N/A | 550.00 | 550.00 | 550.00 |
| Jim's Lawn Service | 2420-000 | N/A | 2,100.00 | 2,100.00 | 2,100.00 |
| Paiva, Chad S. | 2420-000 | N/A | -399.25 | -399.25 | -399.25 |
| Signature Bank | 2600-000 | N/A | 383.21 | 383.21 | 383.21 |
| GREENSPOON MARDER, PA | 3110-000 | N/A | 50,290.00 | 50,290.00 | 50,290.00 |
| GREENSPOON MARDER PA | 3120-000 | N/A | 1,593.20 | 1,593.20 | 1,593.20 |
| Florida Department of Revenue | 2820-000 | N/A | 597.18 | 597.18 | 597.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$82,919.47** | **$82,919.47** | **$82,919.47** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Florida Dept of Revenue | 5800-000 | 0.00 | 108.06 | 108.06 | 108.06 |
| 8 | R&D Nursing Services Inc | 5200-000 | 0.00 | 7,577.50 | 7,577.50 | 7,577.50 |
| NORFILED | Broward CoTax Collector | 5800-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$7,685.56** | **$7,685.56** | **$7,685.56** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wittneben Insurance Inc | 7100-000 | 0.00 | 1,350.00 | 1,350.00 | 18.98 |
| 2 | Florida Dept of Revenue | 7100-000 | 0.00 | 158.06 | 158.06 | 2.22 |
| 3 | Pillar Consutlants, Inc. | 7100-000 | 4,297.00 | 4,297.00 | 4,297.00 | 60.42 |
| 4 | Jim Scott Enterprises Inc. | 7100-000 | 4,900.00 | 4,900.00 | 4,900.00 | 68.90 |
| 5 | John Standart | 7100-000 | 0.00 | 60,000.00 | 60,000.00 | 843.64 |
| 6 | Mercantil Commercebank N.A. | 7100-000 | 0.00 | 58,091.11 | 58,091.11 | 816.80 |
| 7 | Richard and Dona Jensen | 7100-000 | 45,000.00 | 60,000.00 | 60,000.00 | 843.63 |
| 8 | R&D Nursing Services Inc | 7100-000 | 112,424.10 | 124,001.60 | 124,001.60 | 1,743.53 |
| 9 | Mercantil Commercebank N.A. | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Advanced Fire & Security | 7100-000 | 200.34 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of Sunrise | 7100-000 | 808.04 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Comcast | 7100-000 | 448.42 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Coverall | 7100-000 | 967.08 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Design Electrical Construction, Inc | 7100-000 | 36,504.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | FPL. | 7100-000 | 507.73 | 0.00 | 0.00 | 0.00 |
| NOTFILED | FPL. | 7100-000 | 1,203.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kathy Giroux | 7100-000 | 50,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Yanira Herrera | 7100-000 | 30,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Louie Heyman | 7100-000 | 173,893.43 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Loucks Engineering, Inc | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Paramount Construction Specialists, Inc. | 7100-000 | 19,965.28 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Schindler Elevator Corp. | 7100-000 | 11,300.17 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Skyline Builders, Inc. | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Snell Air Conditioning, Inc. | 7100-000 | 74,558.18 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$566,977.97** | **$312,797.77** | **$312,797.77** | **$4,398.12** |

FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

Page: 1

| Case Number: | 15-20201 RBR | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | 9000 NW 44, LLC | Filed (f) or Converted (c): | 06/04/15 (f) |
| | | §341(a) Meeting Date: | 10/07/15 |
| Period Ending: | 01/24/17 | Claims Bar Date: | 01/05/16 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Commercial Office Building at 9000 NW 44th Street, Sunrise, FL<br><br>Sold Per Order DE#125 | 1,393,480.00 | 76,000.00 | | 76,000.00 | FA |
| 2 | Mercantil Commercebank-Checking Account | 33,721.03 | 2,797.05 | | 2,797.05 | FA |
| 3 | Security deposits<br>(4) | 1,896.00 | 1,696.08 | | 1,696.08 | FA |
| 4 | Rent from Tenants (uncollectible) | 64,816.48 | 0.00 | | 0.00 | FA |
| 5 | 2014 Income Tax Return | Unknown | 0.00 | | 0.00 | FA |
| 6 | Office equipment, furnishings, and supplies<br>no value | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Lien on HVAC (Voided)<br>Debtor was not owner of lien - not an asset of this estate | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Post Petition Rent on Asset #1 - V G Diaz & Associates, LLC | 0.00 | 1,325.00 | | 1,325.00 | FA |
| 9 | Post Petition rent on Asset #1 - Blackstone Partners, LLC | 0.00 | 4,932.18 | | 4,932.18 | FA |
| 10 | REFUND OF PROPERTY LIABILITY INSURANCE (u) | 0.00 | 3,959.84 | | 3,959.84 | FA |
| 11 | Post Petition rent on Asset #1 - Tenant - Wittenben Insurance | 0.00 | 4,293.00 | | 4,293.00 | FA |
| TOTALS (Excluding Unknown Values) | | $1,494,013.51 | $95,003.15 | | $95,003.15 | $0.00 |

**Major activities affecting case closing:**
CBD: 1/5/16

TAX RETURN STATUS: All tax returns filed

**Initial Projected Date of Final Report (TFR):** August 31, 2016        **Current Projected Date of Final Report (TFR):** June 28, 2016 (Actual)

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 15-20201 RBR | | Trustee: | Chad S. Paiva |
| --- | --- | --- | --- | --- |
| Case Name: | 9000 NW 44, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******5231 - Checking |
| Taxpayer ID#: | **-***6093 | | Blanket Bond: | $129,177.00 (per case limit) |
| Period Ending: | 01/24/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/14/15 | Asset #9 | Blackstone Partners | CHECK RETURNED "NSF" post-petition rent Sept 2015 - $1551.00 rent; $93.06 sales tax | 1122-000 | 1,644.06 | | 1,644.06 |
| 09/14/15 | Asset #8 | V G Diaz & Associates LLC | Post Petition rent for Sept 2015; $250.00 rent, $15.00 sales tax | 1122-000 | 265.00 | | 1,909.06 |
| 09/14/15 | Asset #2 | Mercantil Commercebank | funds in operating bank acct | 1129-000 | 797.05 | | 2,706.11 |
| 09/17/15 | Asset #9 | Blackstone Partners | post-petition rent Sept 2015 - $1551.00 rent; $93.06 sales tax (check bounced) | 1122-000 | -1,644.06 | | 1,062.05 |
| 09/21/15 | 1001 | FLORIDA POWER & LIGHT | Per Order DE#63 and 64 Power | 2420-000 | | 550.13 | 511.92 |
| 09/21/15 | 1002 | FLORIDA POWER & LIGHT | Per Order DE#63 and 64 Power | 2420-000 | | 232.09 | 279.83 |
| 09/22/15 | Asset #9 | Blackstone Partners | REPLACEMENT CHECK FOR SEPT 2015 RENT; $1,551.00 rent; $93.06 sales tax | 1122-000 | 1,644.06 | | 1,923.89 |
| 09/30/15 | 1003 | City of Sunrise | Per DE#63 and #64 Utilities | 2420-000 | | 1,643.56 | 280.33 |
| 09/30/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 2.50 | 277.83 |
| 10/02/15 | Asset #8 | V G Diaz & Associates LLC | Post Petition Rent for October 2015 $250.00 rent; $15.00 sales tax | 1122-000 | 265.00 | | 542.83 |
| 10/05/15 | 1004 | Florida Department of Revenue | 3rd Quarter Sales Tax | 2820-000 | | 108.06 | 434.77 |
| 10/06/15 | Asset #9 | Blackstone Partners | Oct 2015 Rent; $1,551.00 rent; $93.06 sales tax | 1122-000 | 1,644.06 | | 2,078.83 |
| 10/06/15 | 1005 | Comcast | Per Order DE#63 and 64 Utilities | 2420-000 | | 884.38 | 1,194.45 |
| 10/23/15 | 1006 | Danielle Ulino | Per Order DE #63 cleaning service | 2420-000 | | 100.00 | 1,094.45 |
| 10/23/15 | 1007 | Jim's Lawn Service | Per Order DE#63 & 64 Lawn service | 2420-000 | | 500.00 | 594.45 |
| 10/23/15 | 1008 | Advanced Fire & Security | Per Order DE#63 | 2420-000 | | 200.34 | 394.11 |
| 10/27/15 | Asset #11 | Wittneben Insurance, Inc. | November 2015 rent; $1,350.00 rent; $81.00 sales tax | 1122-000 | 1,431.00 | | 1,825.11 |
| 10/30/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,820.11 |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 2

| Case Number: | 15-20201 RBR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | 9000 NW 44, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******5231 - Checking |
| Taxpayer ID#: | **-***6093 | | Blanket Bond: | $129,177.00 (per case limit) |
| Period Ending: | 01/24/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/02/15 | Asset #8 | V G Diaz & Associates LLC | November 2015 rent; $250.00 rent; $15.00 sales tax | 1122-000 | 265.00 | | 2,085.11 |
| 11/04/15 | 1009 | Comcast | Per Order DE#63 & 64 Utilities | 2420-000 | | 242.52 | 1,842.59 |
| 11/04/15 | 1010 | City of Sunrise | Per Order DE#63 & 64 Utilities | 2420-000 | | 406.99 | 1,435.60 |
| 11/04/15 | 1011 | FLORIDA POWER & LIGHT | (9-25-15 to 10-26-15) Power<br>Per Order DE#63 & 64 | 2420-000 | | 244.93 | 1,190.67 |
| 11/04/15 | 1012 | FLORIDA POWER & LIGHT | Per Order #63 and 64 Power<br>(9-25-15 - 10-26-15) | 2420-000 | | 571.65 | 619.02 |
| 11/04/15 | 1013 | Jim's Lawn Service | Invoice No: 00013; Per Order DE#63 & 64 lawn service | 2420-000 | | 400.00 | 219.02 |
| 11/04/15 | 1014 | Danielle Ulino | Invoice No: 4 - cleaning service<br>Per Order DE#63 & 64 | 2420-000 | | 50.00 | 169.02 |
| 11/06/15 | Asset #9 | Blackstone Partners | November 2015 rent; $1,551.00 rent; $93.06 sales tax | 1122-000 | 1,644.06 | | 1,813.08 |
| 11/13/15 | 1015 | ALL COUNTY LOCK & KEY | Per Order DE#63 allowed payment of $237.50 - the difference in check and order is $14.42 sales tax | 2420-000 | | 251.92 | 1,561.16 |
| 11/13/15 | 1016 | FLORIDA STATE ELEVATOR | Invoice #4522 & 4568<br>Per Order DE#64 | 2420-000 | | 450.00 | 1,111.16 |
| 11/13/15 | 1017 | Danielle Ulino | Invoice Nos. 3, 5 & 6<br>Per Order DE # 63 & 64 | 2420-000 | | 150.00 | 961.16 |
| 11/13/15 | 1018 | Jim's Lawn Service | Invoice No: 15<br>Per Order DE#63 & 64 | 2420-000 | | 400.00 | 561.16 |
| 11/13/15 | 1019 | Advanced Fire & Security | Invoice No: 2179706<br>Per Order DE#63 and 64 | 2420-000 | | 200.34 | 360.82 |
| 11/30/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 355.82 |
| 12/01/15 | Asset #8 | V G Diaz & Associates LLC | $250.00 rent; $15.00 sales tax | 1122-000 | 265.00 | | 620.82 |
| 12/01/15 | Asset #11 | Wittneben Insurance, Inc. | $1,350.00 rent; $81.00 sales tax | 1122-000 | 1,431.00 | | 2,051.82 |
| 12/02/15 | 1020 | H20 Hot Pressure Cleaning, Inc. | Per Order DE#63 and 64 | 2420-000 | | 550.00 | 1,501.82 |

**Form 2**  
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 3

| Case Number: | 15-20201 RBR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | 9000 NW 44, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******5231 - Checking |
| Taxpayer ID#: | **-***6093 | | Blanket Bond: | $129,177.00 (per case limit) |
| Period Ending: | 01/24/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/14/15 | 1021 | Comcast | Per Order DE#63 and 64 Utilities | 2420-000 | | 226.26 | 1,275.56 |
| 12/14/15 | 1022 | City of Sunrise | Per Order DE #63 and 64 Utilities | 2420-000 | | 406.99 | 868.57 |
| 12/17/15 | 1023 | FLORIDA POWER & LIGHT | Per Order DE#63 and 64; Voided on 12/28/2015 | 2420-000 | | 442.30 | 426.27 |
| 12/17/15 | 1024 | FLORIDA POWER & LIGHT | Per Order DE#63 and 64 - Power | 2420-000 | | 223.88 | 202.39 |
| 12/17/15 | 1025 | FLORIDA POWER & LIGHT | Per Order DE#63 and 64 Power | 2420-000 | | 417.08 | -214.69 |
| 12/23/15 | | Mercantile Commerebank | Per Order DE#117 for reimbursement to trustee for post-pet adm expenses | | | -2,000.00 | 1,785.31 |
| 12/23/15 | | Paiva, Chad S. | Per Order DE#117 for reimbursement to trustee for post-pet adm expenses -399.25 | 2420-000 | | | 1,785.31 |
| 12/23/15 | | Comcast | REFUND FOR UTILITY PAYMENT (CK #1026) PER DE #63 AND #64 -235.76 | 2420-000 | | | 1,785.31 |
| 12/23/15 | | FLORIDA POWER & LIGHT | REFUND FOR UTILITY PAYMENT (CK #1026) PER DE #63 AND #64 -105.28 | 2420-000 | | | 1,785.31 |
| 12/23/15 | | FLORIDA POWER & LIGHT | REFUND FOR UTILITY PAYMENT (CK #1026) PER DE #63 AND #64 -340.61 | 2420-000 | | | 1,785.31 |
| 12/23/15 | | FLORIDA POWER & LIGHT | REFUND FOR UTILITY PAYMENT (CK #1026) PER DE #63 AND #64 -279.52 | 2420-000 | | | 1,785.31 |
| 12/23/15 | | FLORIDA POWER & LIGHT | REFUND FOR UTILITY PAYMENT (CK #1026) PER DE #63 AND #64 -158.00 | 2420-000 | | | 1,785.31 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 4

| Case Number: | 15-20201 RBR | | Trustee: | Chad S. Paiva |
| --- | --- | --- | --- | --- |
| Case Name: | 9000 NW 44, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******5231 - Checking |
| Taxpayer ID#: | **-***6093 | | Blanket Bond: | $129,177.00 (per case limit) |
| Period Ending: | 01/24/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/23/15 | | FLORIDA POWER & LIGHT | REFUND FOR UTILITY PAYMENT (CK #1026) PER DE #63 AND #64    -481.58 | 2420-000 | | | 1,785.31 |
| 12/23/15 | | Mercantile Commercebank | REFUND FROM MERCANTILE COMMERCE BANK Per Order DE#117 reimbursement to trustee for post-pet adm expenses | | 2,000.00 | | 3,785.31 |
| 12/23/15 | Asset #2 | Paiva, Chad S. | REFUND Per Order DE#117 reimbursement to trustee for post-pet adm expenses (Ck #1033)    2,000.00 | 1129-000 | | | 3,785.31 |
| 12/23/15 | | | | 2420-000 | | | 3,785.31 |
| 12/23/15 | 1026 | FLORIDA POWER & LIGHT | Per Order DE#63 and 64  Power | 2420-000 | | 105.28 | 3,680.03 |
| 12/28/15 | Asset #11 | Wittneben Insurance, Inc. | $1,350.00 rent; $81.00 sales tax | 1122-000 | 1,431.00 | | 5,111.03 |
| 12/28/15 | 1023 | FLORIDA POWER & LIGHT | Per Order DE#63 and 64;    Voided: Check issued on 12/17/2015 | 2420-000 | | -442.30 | 5,553.33 |
| 12/28/15 | 1027 | Comcast | December 2015 Utilities Per Order DE#63 and 64 | 2420-000 | | 235.76 | 5,317.57 |
| 12/31/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 4.84 | 5,312.73 |
| 01/04/16 | Asset #8 | V G Diaz & Associates LLC | January $250.00 rent; $15.00 sales tax | 1122-000 | 265.00 | | 5,577.73 |
| 01/05/16 | 1028 | FLORIDA POWER & LIGHT | Per Order DE#63 and 64 Power | 2420-000 | | 340.61 | 5,237.12 |
| 01/05/16 | 1029 | FLORIDA POWER & LIGHT | Per Order DE#63 and 64 | 2420-000 | | 279.52 | 4,957.60 |
| 01/05/16 | 1030 | FLORIDA POWER & LIGHT | Per Order DE#63 and 64 Power | 2420-000 | | 158.00 | 4,799.60 |
| 01/06/16 | 1031 | Florida Department of Revenue | 4th Quarter 2015 Sales Tax | 2820-000 | | 474.12 | 4,325.48 |
| 01/08/16 | 1032 | City of Sunrise | Per Order DE#64 Utilities | 2420-000 | | 406.99 | 3,918.49 |
| 01/12/16 | 1033 | CHAD PAIVA | Per Order DE#117 reimbursement for FPL bills paid by trustee | 2420-000 | | 2,399.25 | 1,519.24 |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 5

| Case Number: | 15-20201 RBR | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | 9000 NW 44, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******5231 - Checking |
| Taxpayer ID#: | **-***6093 | | Blanket Bond: | $129,177.00 (per case limit) |
| Period Ending: | 01/24/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/12/16 | 1034 | Danielle Ulino | Per Order DE#63 and 64 Cleaning service Invoice #s 7, 8, 9 & 10 | 2420-000 | | 200.00 | 1,319.24 |
| 01/12/16 | 1035 | Jim's Lawn Service | Per Order DE#63 and 64 Lawn Service Invoice No: 00018 | 2420-000 | | 400.00 | 919.24 |
| 01/25/16 | 1036 | FLORIDA POWER & LIGHT | Per Order DE#63 and 64 Power | 2420-000 | | 190.50 | 728.74 |
| 01/25/16 | 1037 | Jim's Lawn Service | Inv No: 00024; Per Order DE#63 and 64 Lawn service | 2420-000 | | 200.00 | 528.74 |
| 01/25/16 | 1038 | Comcast | Per Order DE#63 and 64 Utilities | 2420-000 | | 226.83 | 301.91 |
| 01/28/16 | 1039 | Jim's Lawn Service | Invoice # 25; Per order DE#63 and 64;   -   Lawn Service;    Stopped on 04/07/2016 | 2420-000 | | 200.00 | 101.91 |
| 01/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.25 | 96.66 |
| 02/02/16 | Asset #1 | Greenspoon Marder, PA | Per Order DE#125 | 1110-000 | 76,000.00 | | 76,096.66 |
| 02/08/16 | Asset #3 | FLORIDA POWER AND LIGHT | Deposit refund Acct No: 1579135516 | 1129-000 | 342.96 | | 76,439.62 |
| 02/08/16 | Asset #3 | FLORIDA POWER & LIGHT | Security deposit refund Acct No: 8503767058 | 1129-000 | 168.60 | | 76,608.22 |
| 02/08/16 | 1040 | Advanced Fire & Security | Per Order #63 and 64 (payment for Jan 2016) Fire Monitoring | 2420-000 | | 66.78 | 76,541.44 |
| 02/10/16 | 1041 | City of Sunrise | service thru 1-19-16 Utilities Per Order DE#63 and 64 | 2420-000 | | 399.04 | 76,142.40 |
| 02/18/16 | Asset #3 | FLORIDA POWER & LIGHT | Security Deposit Refund on Acct No: xxxx5291 | 1129-000 | 669.75 | | 76,812.15 |
| 02/22/16 | Asset #10 | INNOVATIVE INSURANCE CONSULTANTS, INC. | Refund of Liability Insurance | 1290-000 | 3,959.84 | | 80,771.99 |
| 02/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 92.62 | 80,679.37 |
| 03/24/16 | Asset #3 | CITY OF SUNRISE | Security Deposit | 1129-000 | 514.77 | | 81,194.14 |
| 03/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 127.77 | 81,066.37 |
| 04/05/16 | 1042 | GREENSPOON MARDER, PA | Per Order DE#132 Interim fees for attorney for trustee | 3110-000 | | 39,032.00 | 42,034.37 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 6

| Case Number: | 15-20201 RBR | | Trustee: | Chad S. Paiva |
| --- | --- | --- | --- | --- |
| Case Name: | 9000 NW 44, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******5231 - Checking |
| Taxpayer ID#: | **-***6093 | | Blanket Bond: | $129,177.00 (per case limit) |
| Period Ending: | 01/24/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/05/16 | 1043 | GREENSPOON MARDER PA | Per Order DE#132 Interim expenses for attorney for trustee | 3120-000 | | 1,209.90 | 40,824.47 |
| 04/07/16 | 1039 | Jim's Lawn Service | Invoice # 25; Per order DE#63 and 64;   -   Lawn Service;    Stopped: Check issued on 01/28/2016 | 2420-000 | | -200.00 | 41,024.47 |
| 04/07/16 | 1044 | Jim's Lawn Service | Replacement Check for Invoice #25; Per Order DE#64 - Lawn service | 2420-000 | | 200.00 | 40,824.47 |
| 04/14/16 | 1045 | Florida Department of Revenue | 1st Quarter 2016 Sales Tax - FINAL | 2820-000 | | 15.00 | 40,809.47 |
| 04/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 77.91 | 40,731.56 |
| 05/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 62.32 | 40,669.24 |
| 10/04/16 | 1046 | Chad S. Paiva | Dividend of 100.000000000% | 2200-000 | | 44.10 | 40,625.14 |
| 10/04/16 | 1047 | Chad S. Paiva | Dividend of 100.000000000% | 2100-000 | | 7,900.16 | 32,724.98 |
| 10/04/16 | 1048 | GREENSPOON MARDER PA | Dividend of 100.000000000% | 3120-000 | | 383.30 | 32,341.68 |
| 10/04/16 | 1049 | GREENSPOON MARDER, PA | Dividend of 100.000000000% | 3110-000 | | 11,258.00 | 21,083.68 |
| 10/04/16 | 1050 | Yip Associates | Dividend of 100.000000000% | 3410-000 | | 8,667.35 | 12,416.33 |
| 10/04/16 | 1051 | Yip Associates | Dividend of 100.000000000% | 3420-000 | | 332.65 | 12,083.68 |
| 10/04/16 | 1052 | R&D Nursing Services Inc | Dividend of 100.000000000%, Claim No. 8 | 5200-000 | | 7,577.50 | 4,506.18 |
| 10/04/16 | 1053 | Florida Dept of Revenue | Dividend of 100.000000000%, Claim No. 2 | 5800-000 | | 108.06 | 4,398.12 |
| 10/04/16 | 1054 | Florida Dept of Revenue | Dividend of 1.406058617%, Claim No. 2 | 7100-000 | | 2.22 | 4,395.90 |
| 10/04/16 | 1055 | Jim Scott Enterprises Inc. | Dividend of 1.406058617%, Claim No. 4 | 7100-000 | | 68.90 | 4,327.00 |
| 10/04/16 | 1056 | John Standart | Dividend of 1.406058617%, Claim No. 5 | 7100-000 | | 843.64 | 3,483.36 |
| 10/04/16 | 1057 | Mercantil Commercebank N.A. | Dividend of 1.406058617%, Claim No. 6 | 7100-000 | | 816.80 | 2,666.56 |
| 10/04/16 | 1058 | Pillar Consutlants, Inc. | Dividend of 1.406058617%, Claim No. 3 | 7100-000 | | 60.42 | 2,606.14 |
| 10/04/16 | 1059 | R&D Nursing Services Inc | Dividend of 1.406058617%, Claim No. 8 | 7100-000 | | 1,743.53 | 862.61 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 7

| Case Number: | 15-20201 RBR | | Trustee: | Chad S. Paiva |
| --- | --- | --- | --- | --- |
| Case Name: | 9000 NW 44, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******5231 - Checking |
| Taxpayer ID#: | **-***6093 | | Blanket Bond: | $129,177.00 (per case limit) |
| Period Ending: | 01/24/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/04/16 | 1060 | Richard and Dona Jensen | Dividend of 1.406058617%, Claim No. 7 | 7100-000 | | 843.63 | 18.98 |
| 10/04/16 | 1061 | Wittneben Insurance Inc | Dividend of 1.406058617%, Claim No. 1 | 7100-000 | | 18.98 | 0.00 |

|  |  |  |
| --- | --- | --- |
| **ACCOUNT TOTALS** | 95,003.15 | 95,003.15 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 95,003.15 | 95,003.15 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$95,003.15** | **$95,003.15** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******5231** | **95,003.15** | **95,003.15** | **0.00** |
| | **$95,003.15** | **$95,003.15** | **$0.00** |